IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JACOB MUNIZ, #363468 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv793 |
| BRAD LIVINGSTON, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Second Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Second Report and Recommendation (doc. #53) is **ADOPTED**. It is further

**ORDERED** that Defendants Amy Jones, Richard Rodenbeck and Kevin Wheat's motion for summary judgment for failure to exhaust administrative remedies (doc. #45) is **GRANTED** and the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 16th day of September, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE